JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cornilous Leautry Riley,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-00366-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 13) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 31, 2022 to October 31, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows

Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

Additionally, for the weeks of August 29, 2022, and September 5, 2022, Counsel currently has 15 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:   August 18, 2022   PENA & BROMBERG, ATTORNEYS AT LAW

By: /s/ Jonathan Omar Pena
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: August 18, 2022   PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/Elizabeth Kathleen Yates Landgraf
Elizabeth Kathleen Yates Landgraf
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on August 18, 2022)

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 13), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including October 31, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 7) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **8/19/2022**                                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE